FILED
2007 Nov-02  PM 03:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **IBADAH ADYL,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| vs. ) | **Civil Action No.  CV 07-S-1856-M** |
| ) | |
| **ALBERTO GONZALES,** ) | |
| **ATTORNEY GENERAL OF** ) | |
| **THE UNITED STATES,** ) | |
| **et al.,** ) | |
| ) | |
| **Respondents.** ) | |

## MEMORANDUM OPINION AND ORDER

The petitioner, Ibadah Adyl, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  He seeks relief from deportation to Morocco.

On October 29, 2007, the respondents filed a motion to dismiss this action as being moot.  (Doc. No. 3).  Specifically, they have demonstrated that on October 24, 2007, the petitioner was repatriated to Morocco and therefore is no longer in the custody of the respondents.  This matter, therefore, is moot.  Accordingly, it is hereby **DISMISSED**.  The clerk is directed to close this file.

DONE this 2nd day of November, 2007.

_____
United States District Judge